# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FIVET INVESTMENT MANAGEMENT LTD., et al., | Case No.: CV 18-3512-DMG (RAOx) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE [58]** |
| vs. | |
| DARREN R. JAMISON, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation to dismiss this action, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: July 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

JS-6

-1-